UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK LEPUT,** *et al.***,**

    **Plaintiffs,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

    **Defendant.**

**Case No. 2:24-cv-3214**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss. (ECF No. 17.) Although Plaintiffs captioned their filing as a "Motion" the document is titled "Agreed Entry of Dismissal" and states that "all matters in controversy in this civil action have been amicably settled and resolved, and no issues remain for resolution by this Court. Accordingly, the parties jointly request[] that this civil action be dismissed with prejudice." (*Id.* at PageID 98.) All parties to the action signed the agreed entry. (*Id.* at PageID 99.)

The Court construes the Unopposed Motion as a Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing a plaintiff to "dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared"). Accordingly, Plaintiffs' Motion (ECF No. 17) is **DENIED as MOOT** and this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate this case from the Court's docket.

    **IT IS SO ORDERED.**

**12/3/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**